Order, Supreme Court, New York County (Patricia M. Núñez, J.), entered on or about June 16, 2016, which adjudicated defendant a level three sexually violent offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.
 

 The court providently exercised its discretion in declining to grant a downward departure (see People v Gillotti, 23 NY3d 841, 861 [2014]). The mitigating factors cited by defendant were adequately taken into account by the risk assessment instrument or were outweighed by the egregiousness of the underlying offense and defendant’s extensive criminal record.
 

 Concur — Sweeny, J.P., Renwick, Kapnick, Kern and Moulton, JJ.